FILED
NOV 10 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. **1:26CR00150-SRC-ACL** |
| | ) | |
| ZACHARY R. WALKER, | ) | 18 U.S.C § 2 |
| a/k/a "White Boy Chuck," | ) | 21 U.S.C. § 841 (a)(1) and (b)(1)(C) |
| | ) | 18 U.S.C. § 922 (g)(1) and 924 (a)(8) |
| | ) | 18 U.S.C. § 111 (a)(1) and (b) |
| Defendant. | ) | 18 U.S.C. § 924 (c)(1)(A)(iii) |

# INDICTMENT

## COUNT I:

THE GRAND JURY CHARGES THAT:

On or about November 6, 2025, in Pemiscot County, within the Southeastern Division of the Eastern District of Missouri,

**ZACHARY R. WALKER,**

the defendant herein, did knowingly and intentionally aid and abet the distribution of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841 (a)(1) and (b)(1)(C).

## COUNT II:

THE GRAND JURY FURTHER CHARGES THAT:

On or about November 12, 2025, in Pemiscot County, within the Southeastern Division of the Eastern District of Missouri,

**ZACHARY R. WALKER,**

the defendant herein, did knowingly and intentionally aid and abet the distribution of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841 (a)(1) and (b)(1)(C).

**COUNT III:**

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 11, 2026, in Pemiscot County, within the Southeastern Division of the Eastern District of Missouri,

**ZACHARY R. WALKER,**

the defendant herein, did knowingly possess in and affecting interstate commerce a firearm, knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922 (g)(1) and 924 (a)(8).

**COUNT IV:**

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 11, 2026, in Pemiscot County, within the Southeastern Division of the Eastern District of Missouri,

**ZACHARY R. WALKER,**

the defendant herein, did forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Marshals Service Task Force Officer Dillan Vandeven, a federal law enforcement officer engaged in the performance of his official duties, with a deadly and dangerous weapon in violation of Title 18, United States Code, Sections 111 (a)(1) and (b).

**COUNT V:**

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 11, 2026, in Pemiscot County, within the Southeastern Division of the Eastern District of Missouri,

**ZACHARY R. WALKER,**

the defendant herein, did knowingly carry and use a firearm, that is, a DTI-15 rifle, and that firearm discharged during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Assault of a Federal Law Enforcement Officer as alleged in Count IV of this Indictment, in violation of Title 18, United States Code, Section 924 (c)(1)(A)(iii).

**COUNT VI:**

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 11, 2026, in Pemiscot County, within the Southeastern Division of the Eastern District of Missouri,

**ZACHARY R. WALKER,**

the defendant herein, did forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Marshals Service Task Force Officer John Dubois, a federal law enforcement officer engaged in the performance of his official duties, with a deadly and dangerous weapon in violation of Title 18, United States Code, Sections 111 (a)(1) and (b).

**COUNT VII:**

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 11, 2026, in Pemiscot County, within the Southeastern Division of the Eastern District of Missouri,

**ZACHARY R. WALKER,**

the defendant herein, did knowingly carry and use a firearm, that is, a DTI-15 rifle, and that firearm discharged during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Assault of a Federal Law Enforcement Officer as alleged in Count VI of this Indictment, in violation of Title 18, United States Code, Section 924 (c)(1)(A)(iii).

**FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 922(g) as set forth above, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in said violation.

A TRUE BILL.

______________________________
FOREPERSON

THOMAS C. ALBUS
UNITED STATES ATTORNEY

______________________________
CHRISTOPHER C. SHELTON, #71169MO
ASSISTANT UNITED STATES ATTORNEY